Exhibit A to the Complaint

**Location:** Wake Forest, NC  **IP Address:** 65.184.208.38
**Total Works Infringed:** 35  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8D198CBCB19DC628C7FB4CEC4456109E0232CA71 | 03/28/2025 19:50:38 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 2 | 9FCF1A40E0FFFBCAB6EF1BA28F6E43251BAD8B55 | 03/28/2025 19:40:51 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 3 | bb501dbf164d6d60249181ddaffc68b615615462 | 03/27/2025 17:21:21 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 4 | 9a9acdc6d23a5a5392a18d9b92498d7617f87352 | 03/27/2025 17:16:49 | Vixen | 03/14/2025 | 03/28/2025 | PA0002522510 |
| 5 | 72ad93ead3576a2bd2a7691f878bc0ef0c4511a0 | 03/27/2025 01:55:04 | Milfy | 03/19/2025 | 03/28/2025 | PA0002522499 |
| 6 | 0d9274cbd892a951ba99aca65aaa6ac28c9fcc86 | 03/27/2025 00:05:34 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 7 | 22fff3c50c0321467f67d083678a9ea4ff3bf8c8 | 03/27/2025 00:04:11 | Blacked Raw | 03/17/2025 | 03/25/2025 | PA0002521731 |
| 8 | 20b33eb3d01b31efeee8a91a74012511a155d660 | 03/26/2025 23:01:28 | Blacked | 03/19/2025 | 03/25/2025 | PA0002521754 |
| 9 | 21ad397667f0967623a8172989d152104736482e | 03/26/2025 22:34:10 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 10 | 90988a8031c1ac9418e1169353a1062a3ac2bf2c | 03/26/2025 22:14:11 | TushyRaw | 03/18/2025 | 03/25/2025 | PA0002521741 |
| 11 | 0c658206fa0986352d6e30197e5c6ce77f2cdf53 | 03/09/2025 21:21:56 | TushyRaw | 03/08/2025 | 03/25/2025 | PA0002521739 |
| 12 | ac3357ba5a4bf22ff9ca74a9849d3d0e0bd023bf | 03/09/2025 18:46:19 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 13 | 7e4fc74e0fd6afb670b07f4f2d99ec1c070b7a42 | 03/08/2025 00:49:22 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 14 | b2cf454692a94cf066ac710c444f939978d0189b | 03/03/2025 21:29:16 | Blacked Raw | 03/02/2025 | 03/25/2025 | PA0002521732 |
| 15 | 8d6c65d9af84a822e8e0a3571e5aa7f597273fe9 | 02/27/2025 18:22:37 | TushyRaw | 02/26/2025 | 03/25/2025 | PA0002521737 |
| 16 | 14453161202a6bfba415fd20d2c6d379dc069dd2 | 02/27/2025 18:19:39 | Milfy | 02/26/2025 | 03/28/2025 | PA0002522503 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 8509ac45a6c2199a72a0369d6fec7ddbd8a1f913 | 02/26/2025 00:31:28 | Milfy | 02/19/2025 | 03/28/2025 | PA0002522506 |
| 18 | 8e1ee7ba6b03de98bc3904f8d3bf6f443e5b2a9a | 02/21/2025 21:58:42 | Blacked | 02/17/2025 | 03/25/2025 | PA0002521749 |
| 19 | a431a850f4d68b5f2697aa34570fcbb6922ca871 | 02/20/2025 00:28:59 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 20 | 971b5709a1f8a2bdad7484fed2db06834f33e61d | 02/17/2025 18:28:08 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 21 | 5b038a5c534e01b501f6e57c303aadb06b66365f | 02/13/2025 21:37:01 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 22 | 1908bdd6cc4531281e1755d49fecd27a6b7b57af | 02/12/2025 22:35:14 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 23 | 490ea09011b7b30fb004dd7cabe92433d4dcfcd0 | 02/11/2025 19:19:24 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 24 | ef35973ab04d713e637297399a8004e6b955d5dc | 02/06/2025 21:28:31 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 25 | ed45b558da2e3a2cec2f172fbec0fe30d031237c | 02/05/2025 23:18:04 | Milfy | 02/05/2025 | 02/18/2025 | PA0002516142 |
| 26 | bdcf2099bf21f59e7016c2041e68deb48f64db13 | 02/05/2025 23:11:14 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 27 | 16624dc962ad287e50f060dbd62af4766a173c00 | 02/02/2025 01:30:09 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 28 | 76cce131e34cf4414ed8dbc8d95a8fae5c8dee7b | 02/02/2025 00:05:30 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 29 | 2a4f8101dd83f6a0220fbd933a3307883682b475 | 02/01/2025 22:45:56 | Blacked Raw | 01/31/2025 | 02/18/2025 | PA0002515988 |
| 30 | d5d9383bb54535307137ed33d463af6c61ec3386 | 01/30/2025 21:19:40 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 31 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | 10/15/2023 01:46:39 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 32 | 55C907CA49DB8C7D4C33933D3FD47E9896848AB8 | 08/24/2023 21:43:43 | Vixen | 05/28/2021 | 08/02/2021 | PA0002305093 |
| 33 | BF799CA7187B8FFD6B49959E13F1D7FD203FA1C3 | 03/03/2023 23:48:13 | Tushy | 10/10/2021 | 12/03/2021 | PA0002333661 |
| 34 | 4EBC017ACD73056D259280A6889B1E5D096C70AB | 07/19/2022 17:05:58 | Blacked Raw | 09/27/2021 | 10/19/2021 | PA0002317054 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | C20D8CE638A46CD39FA65004C565F7F85846691D | 05/12/2022 13:27:31 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |